IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PACIFICA ROSEMONT LLC,
PACIFICA SENIOR LIVING LLC
PACIFICA SENIOR MANAGEMENT LLC
PACIFICA COMPANIES LLC

    Plaintiffs,

v.                                                             No. 1:24-cv-00093-KG-KK

LAURIE BUFFER, as Personal Representative
of the Wrongful Death Estate of
JEAN HILLYER SMITH, Deceased

    Defendant.

## ORDER SUBSTITUTING PARTY PLAINTIFF AND INTERLINEATING CAPTION

THIS MATTER came before the Court on the Unopposed Motion to Request Interlineation of Proper Name for Plaintiff Pacifica Senior Management LLC (Doc. 23) and the Court, being fully informed, finds the motion is well taken and should be granted.

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED** that the Party Plaintiff "Pacifica Senior Living Management LLC" shall replace "Pacifica Senior Management LLC" and the case caption shall be as follows:

PACIFICA ROSEMONT LLC,
PACIFICA SENIOR LIVING LLC
PACIFICA SENIOR LIVING MANAGEMENT LLC
PACIFICA COMPANIES LLC

    Plaintiffs,

v.                                                             No. 1:24-cv-00093-KG-KK

LAURIE BUFFER, as Personal Representative
of the Wrongful Death Estate of
JEAN HILLYER SMITH, Deceased

    Defendant.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Amended Complaint in the form attached to the Unopposed Motion (Doc. 23) as Exhibit 1 (Doc. 23-1).

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

By: /s/ Tomas J. Garcia
    Michelle A. Hernandez
    Tomas J. Garcia
    Margaret M. Hickey
    MODRALL, SPERLING, ROEHL, HARRIS
      & SISK, P.A.
    500 Fourth Street, N.W., Ste. 1000
    Albuquerque, NM 87102
    Telephone: (505) 848-1800
    michelle.hernandez@modrall.com
    tomas.garcia@modrall.com
    margaret.hickey@modrall.com
    *Attorneys for Plaintiffs*

*Approved by:*

By: /s/Approved via e-mail 4/15/24
    Jeffrey A. Pitman
    Pitman, Kalkhoff, Sicula & Dentice, S.C.
    1701 Old Pecos Trail, Suite B
    Santa Fe, NM 87505-4758
    jeff@pksd.com

    Slate J. Stern
    Slate Stern PC
    1701 Old Pecos Trail, Suite B
    Santa Fe, NM 87505-4758
    slate@slatestern.com

    *Attorneys for Defendant*