IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PACIFICA ROSEMONT LLC,
PACIFICA SENIOR LIVING LLC,
PACIFICA SENIOR LIVING MANAGEMENT LLC,
PACIFICA COMPANIES LLC,

    Plaintiffs,

v.       Case No. 24-cv-00093 KG/KK

LAURIE BUFFER, as Personal Representative
for the Wrongful Death Estate of
JEAN HILLYER SMITH, Deceased,

    Defendant.

## FINAL ORDER AND JUDGMENT

Pursuant to Fed. R. of Civ. P. 58, the Court hereby enters judgment in this matter. Having entered its Memorandum Opinion and Order, (Doc. 28), granting Plaintiff's Motion to Compel Arbitration, (Doc. 3).

IT IS ORDERED that

1. this lawsuit is dismissed with prejudice; and
2. this lawsuit is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE